**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| United States of America,   )<br>                          )<br>         Plaintiff,       )<br>                          )<br>vs.                       )<br>                          )<br>Steven J. Delaportas,     )<br>                          )<br>         Defendant.       )<br>_____) | CR 05-0001-002-PHX-FJM<br><br>**ORDER TO SHOW CAUSE** |

The court has before it the United States' motion for order to show cause why TDG and Associates, LLC, (TDG) should not be held in contempt for failing to comply with a subpoena to produce documents (doc. 176). The United States contends that on July 15, 2014, in the process of recovering the restitution penalty assessed against defendant Steven J. Delaportas in the underlying criminal matter, it served Jerry Delaportas, statutory agent for TDG, with a Subpoena to Produce Documents. Defendant allegedly worked for TDG from at least April 1, 2011 to October 12, 2012. The government avers that to date TDG has not complied with the Subpoena.

Under Rule 45(g), a court "may hold in contempt a person who, having been served, fails without adequate excuse to obey a subpoena or an order related to it." Fed. R. Civ. P. 45(g). TDG has offered neither a defense nor opposition to the Subpoena.

Therefore, IT IS ORDERED GRANTING the United States' motion for an order to show cause (doc. 176).

IT IS FURTHER ORDERED that a representative of TDG and Associates, LLC, shall appear before United States District Judge Frederick J. Martone in the United States District Courthouse, 401 West Washington Street, Phoenix, Arizona, 85003, Courtroom 401, on October 29, 2014 at 2:00 p.m. to show cause why TDG should not be held in contempt for failure to comply with the Subpoena to Produce Documents.

IT IS FURTHER ORDERED that:

1. A copy of this Order to Show Cause, together with the United States' Motion for an Order to Show Cause, and accompanying Declaration of Amy Phillips-Penquite, shall be served on TDG in accordance with Fed. R. Civ. P. 5(b) as soon as practicable after this Order is filed.

2. Proof of any service made pursuant to paragraph 1, above, shall be filed with the Clerk of Court within 3 days of service.

3. If TDG has any defense or opposition to the United States' motion, such defense or opposition shall be made in writing and filed with the Clerk and copies sent to counsel for the United States at least 7 days prior to the date set for the show cause hearing. The United States may file a reply memorandum to any opposition at least 2 days prior to the date set for the show cause hearing.

4. TDG shall bring all documents listed in the Subpoena to the show cause hearing.

5. At the show cause hearing, the Court will consider all appropriate issues raised by TDG. Only those issues brought into controversy by the responsive papers and supported by affidavit or declaration will be considered. Any uncontested allegation in the United States' motion will be considered admitted.

///

///

6. TDG's failure to comply with this Order will result in a finding of civil

- 2 -

contempt and imposition of sanctions, which may include incarceration of the personnel who had authority to act on behalf of TDG.

DATED this 16th day of October, 2014.

*Frederick J. Martone*
Frederick J. Martone
Senior United States District Judge